LOUIS MAIRA, Respondent, *v.* ESTHER FRIEDMAN, Appellant, and CHARLES W. HARTUNG et al., Respondents, Impleaded with Others.

*Maira* v. *Friedman*, 171 App. Div. 887, affirmed.

(Submitted May 22, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1915, affirming a judgment in favor of plaintiffs, and defendants-respondents, entered upon a decision of the Monroe County Court on trial without a jury in an action to foreclose a mechanic's lien. The defendant, appellant, contended that plaintiff wrong-

fully abandoned and failed to complete the work he had contracted to perform.

*William MacFarlane* for appellant.

*George E. Warner* for plaintiff-respondent.

*Eugene Raines* for defendants-respondents.

Judgment affirmed, with costs to each set of respondents appearing by separate attorney; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.